UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSEMARY TEFFT, Individually and for Others Similarly Situated,<br><br>v.<br><br>INTEGRITUS HEALTHCARE, INC. f/k/a BERKSHIRE HEALTHCARE SYSTEMS, INC. | Case No. 3:23-CV-30037-MGM<br><br>**JOINT MOTION FOR APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT** |

**JOINT MOTION FOR APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT**

Plaintiff Rosemary Tefft ("Plaintiff") and Defendant Integritus Healthcare, Inc. f/k/a Berkshire Healthcare Systems, Inc. ("Defendant" or "Integritus") (together, the "Parties"), for the reasons set forth in the concurrently-filed Memorandum of Law and other supporting materials, respectfully move this Honorable Court for an order: approving the settlement agreement in this Fair Labor Standards Act ("FLSA") collective action (the "Settlement"); appointing ILYM Group, Inc. as the company that will administer the Settlement; and, dismissing this matter with prejudice and enjoining all members of the collective from prosecuting any Released Claims against Defendant and/or any Releasees, consistent with the terms of the Parties' settlement.

The Settlement resolves a bona fide dispute involving alleged unpaid overtime compensation under the FLSA. The case was hotly contested and settlement was achieved through data production, comprehensive analysis of relevant timekeeping and payroll records, mediation, and prolonged arm's-length negotiations. While the Settlement is not an admission of any wrongdoing by any Party, nor shall it be interpreted or construed to be an admission of any wrongdoing by any Party, the Parties are of the opinion that the Settlement is fair, reasonable, and adequate, and satisfies the criteria for approval under the FLSA, 29 U.S.C. § 216(b). If approved,

– 2 –

the Settlement will provide settlement payments to the Plaintiff and potential opt-in plaintiffs who submit a consent form pursuant to Section 216(b), which individual settlement payments represent a substantial percentage of the potential value of their disputed claims. Accordingly, the Parties respectfully submit that the proposed Settlement should be approved.

This Motion is based on the contemporaneously-filed Memorandum of Law, the attached Settlement Agreement, and other supporting documents.

Date: October 23, 2025                                                                 Respectfully submitted,

| | |
|---|---|
| */s/      Michael A. Josephson* | */s/ Vanessa M. Cohn  (with permissions)* |
| Philip J. Gordon (Mass. BBO# 630989) | Christopher B. Kaczmarek (Mass. BBO#647085) |
| Kristen M. Hurley (Mass. BBO# 658237) | Vanessa M. Cohn (Mass. BBO# 691192) |
| **GORDON LAW GROUP LLP** | **LITTLER MENDELSON P.C.** |
| 585 Boylston Street | One International Place, Suite 2700 |
| Boston, Massachusetts 02116 | Boston, Massachusetts 02110 |
| Tel: (617) 536-1800 | Tel: (617) 378-6000 |
| Fax: (617) 536-1802 | Fax: (617) 737-0052 |
| pgordon@gordonllp.com | ckaczmarek@littler.com |
| khurley@gordonllp.com | vcohn@littler.com |
| | |
| Michael A. Josephson (*Pro Hac Vice*) | *Counsel for Defendant* |
| **JOSEPHSON DUNLAP LLP** | |
| 11 Greenway Plaza, Suite 3050 | |
| Houston, Texas 77046 | |
| Tel: (713) 352-1100 | |
| Fax: (713) 352-3300 | |
| mjosephson@mybackwages.com | |

*Counsel for Plaintiffs*

– 3 –

## Certificate of Service

I hereby certify that on October 23, 2025, a true and correct copy of the foregoing document was served by ECF electronic filing on all known parties in accordance with Fed. R. Civ. P. 5.

                                              */s/Michael A. Josephson*
                                              Michael A. Josephson